# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3487 | **DATE** | 7/7/2011 |
| **CASE TITLE** | Norvell T Moore (#440530) vs. Stateville, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [3] is denied. Plaintiff is given until July 28, 2011 to either pay the filing fee or file an accurately and properly completed in forma pauperis application form. Plaintiff is warned that if he fails to pay the filing fee or file an accurately and properly completed in forma pauperis application form by July 28, 2011, this case will be dismissed.

■[ For further details see text below.]   Docketing to mail notices.

# STATEMENT

This matter is before the court on Plaintiff Norvell T. Moore's (Moore) motion for leave to proceed *in forma pauperis*. Moore has not completed an *in forma pauperis* application form for proceeding in the Northern District of Illinois and has instead filed a handwritten motion for leave to proceed *in forma pauperis*. Moore has not provided sufficient information concerning his financial status to warrant granting his motion for leave to proceed *in forma pauperis*. For example, although Moore identifies certain types of income such as unemployment and welfare benefits and denies receiving any such income, Moore has failed to indicate whether he receives income from any other unnamed category of income. Moore has also failed to provide the monthly salary or wages from his prior employment, instead providing only the hourly rate. Moore has also failed to include the date upon which he signed the *in forma pauperis* application form, declaring all the information in the form to be true and accurate.

Thus, Moore has not shown that the instant motion for leave to proceed *in forma pauperis* should be granted, and we deny the instant motion. Moore is given until July 28, 2011 to either pay the filing fee or file an accurately and properly completed *in forma pauperis* application form. Moore is warned that if he fails to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by July 28,

| **STATEMENT** |
| --- |
| 2011, this case will be dismissed. |