UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NORVELL T. MOORE,  )<br>   )<br>    Plaintiff,  )<br>   )<br>  v.  )<br>   )<br>MELVIN ABERNATHY et. al.  )<br>   )<br>   ) | Case No. 1:11- CV-03487<br><br>Honorable Judge John Z. Lee |

### NOTICE OF FILING

To:  All parties of record
 (See attached service list)

    PLEASE TAKE NOTICE that on February 25, 2014, we electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, the attached **Stipulated Voluntary Dismissal Without Prejudice** and **Agreed Confidentiality Order (including redline version)**.

                                           */s/ Kyle R. Olson*
                                           BAKER & McKENZIE LLP

Firm I.D. #90080
BAKER & McKENZIE LLP
Michael C. McCutcheon
Shima S. Roy
Kyle R. Olson
Natalia MacWilliam
300 East Randolph Street
Suite 5000
Chicago, Illinois  60601
(312) 861-8000

| | |
|---|---|
| STATE OF ILLINOIS  ) | |
|   ) SS. | |
| COUNTY OF COOK  ) | |

### PROOF OF SERVICE

    The undersigned, being first duly sworn upon oath, deposes and states that a copy of this Notice of Filing and attached pleading(s) have been served upon the attorneys of record via electronic notice pursuant to ECF as to Filing Users this 25th day of February 2014.

                                             */s/ Heather L. LaSusa*

**SERVICE LIST**
**MOORE V. STATEVILLE**
**COURT NO. 11-CV-03487**

**Attorneys for Defendants Officers Abernathy; Dorsey Douglas; Officer M. Grela; Officer Houston; Officer Juzenas; Officer N. Peacock:**

Helena B. Wright (lead trial attorney)
Lyle Kevin Henretty
Jeanne N. Brown
Office of the Attorney General
100 W. Randolph
13th Floor
Chicago, IL 60601
P: 312-814-2680
lhenretty@atg.state.il.us
hwright@atg.state.il.us
jebrown@atg.state.il.us

**Attorneys for Defendants Gary Drop; Sylvia Mahone; Dr. J. Stampley; Aletha Harper; Mary Diane Schwarz; Dr. He Yuan; Frances Webb; Deb Moffet-Collins; Donna Morris; Athena Rossiter; and Danielle Erikson:**

James C. Vlahakis
Jason L. Santos
Hinshaw & Culbertson
222 N. LaSalle Street
Suite 300
Chicago, IL 60601
P: 312-704-3000
jvlahakis@hinshawlaw.com

**Copy to:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601