UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORVELL T. MOORE, (#R27754), ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11- CV-03487 |
| v. ) | |
| ) | Honorable Judge John Z. Lee |
| OFFICERS MELVIN ABERNATHY, et al. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiff, NORVELL MOORE, by his attorneys, Baker & McKenzie LLP, and Defendants, Deb Moffet-Collins and Aletha Harper, by their attorneys, Hinshaw and Culbertson LLP, and hereby issue this Notice of Voluntary Dismissal of the remaining Defendants, Deb Moffet-Collins and Mary Diane Schwarz from this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

On February 25, 2014, Plaintiff voluntarily dismissed Adrian Downs-Miller, Aletha Harper, Athena Rossiter, Donna Morris, Frances Webb, Gary Drop, Sylvia Mahone, Jan Stampley, and He Yuan (the "Previously Dismissed Defendants") without prejudice. (Dkt. #130). The dismissal of Deb Moffet-Collins and Mary Diane Schwarz will result in the dismissal of this action in its entirety. The Plaintiff and Defendants agree as follows:

1. This lawsuit and all Previously Dismissed Defendants shall be dismissed with prejudice.

2. Each party shall bear their own attorneys' fees, costs and expenses.

AGREED:

| | |
|---|---|
| */s/ Shima Roy* | */s/ James Vlahakis* |
| Counsel for Plaintiff, Norvell Moore | James Vlahakis |
| Baker & McKenzie LLP | Hinshaw & Culbertson, LLP |
| 300 East Randolph Street | Attorney for Defendants Deb Moffet-Collins |
| Suite 5000 | and Aletha Harper |
| Chicago, IL 60601 | 222 North LaSalle St., Suite 300 |
| (312) 861-8000 | Chicago, IL 60601 |
| | (312) 814-4491 |

Date: March 30, 2015                    Date: March 30, 2015

3474487-v1\